UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 4:08-cv-160

Name of party requesting extension: Wilmer Cutler Pickering Hale and Dorr LLP

Is this the first application for extension of time in this case?
- [✓] Yes
- [ ] No

If no, please indicate which application this represents:
- [ ] Second
- [ ] Third
- [ ] Other _____

Date of Service of Summons: 5/12/2008

Number of days requested:
- [ ] 30 days
- [ ] 15 days
- [✓] Other 28 days

New Deadline Date: 6/09/2008 *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Shawn M. Bates
State Bar No.: 24027287
Firm Name: Yetter, Warden & Coleman LLP
Address: 909 Fannin, Suite 3600

Houston, Texas 77010
Phone: 713-632-8000
Fax: 713-632-8002
Email: sbates@yetterwarden.com

A certificate of conference does not need to be filed with this unopposed application.