**Appendix K**



Revised 12/01

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
SHERMAN DIVISION
**APPLICATION TO APPEAR PRO HAC VICE**

U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FILED

JUN 9 - 2008

DAVID J. MALAND, CLERK
BY _____
DEPUTY

1. This application is being made for the following: Case # __4:08-cv-160__

Style: __McAfee, Inc. v. Wilmer, Cutler, Pickering, Hale and Dorr, LLP__

2. Applicant is representing the following party/ies: __Defendant__

3. Applicant was admitted to practice in __New York__ (state) on __February 4, 1980__ (date).
                                        __D.C.__        __June 19, 1981__

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant ~~has~~/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant ~~has~~/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant ~~has~~/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page. N/A

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses. N/A

10. There are no pending grievances or criminal matters pending against the applicant. N/A

11. Applicant has been admitted to practice in the following courts: New York, District of Columbia, United States Court of Appeals for the D.C., Second & Ninth Circuits and ~~United States Supreme Court~~

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

    I, __Gerson A. Zweifach__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __6/6/08__          Signature _____

Name (please print) ___Gerson A. Zweifach___

State Bar Number ___D.C. Bar #349266___

Firm Name: ___Williams & Connolly LLP___

Address/P.O. Box: ___725 12th Street, N.W.___

City/State/Zip: ___Washington, D.C. 20005___

Telephone #: ___(202) 434-5534 (direct dial)___

Fax #: ___(202) 434-5029___

E-mail Address: ___gzweifach@wc.com___

Secondary E-Mail Address: ___gzweifach@comcast.net___

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This

application has been approved for the court on: ___6·9·08___

**DAVID J. MALAND**

_____

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By ___Karen Sessions___

Deputy Clerk

# Receipt for Payment

## United States District Court

for the

Eastern District of Texas at Sherman

Date:     **Monday, June 9, 2008**

Received from:

**WILLIAMS & CONNOLLY, LLP**

**725 TWELFTH STREET, N.W.**

**WASHINGTON, D.C. 20005**

| Account | | Description |
|---|---|---|
| 085000 | – | Attorney Admission Fees |
| 086400 | – | New Case Fee |
| 086900 | – | Filing Fees |
| 121000 | – | Conscience Fund |
| 129900 | – | Gifts |
| 143500 | – | Interest |
| 322340 | – | Sale of Publications |
| 322350 | – | Copy Fees |
| 322360 | – | Miscellaneous Fees |
| 322380 | – | Recoveries of Court Costs |
| 322386 | – | Cost of Prosecution |
| 504100 | – | Crime Victims Fund |
| 508800 | – | Immigration Fees |
| 510000 | – | Civil Filing Fee (1/2) |
| 5100PL | – | Partial Filing Fee (PLRA) |
| 510100 | – | Registry Fee |
| 604700 | – | Registry Funds/General and Special Funds |
| 613300 | – | Unclaimed Monies |
| 6855XX | – | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| | |
| **Total** | **$25.00** |

Payment method:              **Check**

Case or other reference:     **4:08cv000160 McAfee V. Wilmer  PHV**

Comments:                    **CHECK NO. 248378 Gerson Zweifach PHV**

Received by:      **kls**