UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| McAFEE, INC. <br><br> Plaintiff, <br> v. <br><br> WILMER, CUTLER, PICKERING, HALE AND DORR, L.L.P <br><br> Defendant. | **JURY REQUESTED** <br><br> No. 4:08-cv-160 MHS-DDB |

**UNOPPOSED MOTION FOR LEAVE
TO FILE REPSONSE TO DEFENDANT'S MOTION TO
STRIKE SECOND AMENDED COMPLAINT UNDER RULE 15(a)(2)**

COMES NOW, McAfee, Inc. ("Plaintiff") and files this Unopposed Motion for Leave to File its Response to Defendant's Motion to Strike Second Amended Complaint Under Rule 15(a)(2) and shows as follows:

1. Defendant filed its Motion to Strike Second Amended Complaint Under Rule 15(a)(2) on June 9, 2008.

2. Pursuant to Eastern District Local Rule CV-7(e) Plaintiff's deadline to file a response was yesterday, June 24, 2008.

3. Due to a clerical error, Plaintiff's response date was not calendared correctly. This errorced on the eve of Plaintiff's deadline.

4. Plaintiff respectfully requests leave to file its Response one day after the deadline for filing that response.

5. This request for leave is due to excusable neglect and this request is brought in good faith. Defendant will not be prejudiced by allowing this response to be filed one-day after it was initially due.

**PLAINTIFF MCAFEE, INC.'S MOTION FOR LEAVE TO FILE ITS
RESPONSE TO DEFENDANT'S MOTION TO STRIKE SECOND
AMENDED COMPLAINT UNDER RULE 15(a)(2)**                                                          **PAGE 1**

Dockets.Justia.com

Dated: June 25, 2008               Respectfully submitted,

                                      */s/ Martin E. Rose*
                                      Martin E. Rose
Texas State Bar No. 17253100
**Attorney-In-Charge**

Lynda Lee Weaver
State Bar No. 21010680
Kevin A. Koudelka
State Bar No. 24025971
Of Counsel

**ROSE•WALKER, L.L.P.**
3500 Maple Avenue, Suite 900
Dallas, Texas 75219
(214) 752-8600 phone
(214) 752-8700 fax
mrose@rosewalker.com
lweaver@rosewalker.com
kkoudelka@rosewalker.com

and

Joe Kendall
State Bar No. 11260700
Of Counsel
**PROVOST UMPHREY LLP**
3232 McKinney Ave., Ste. 700
Dallas, TX 75204
Telephone: (214) 744-3000
Fax: (214) 744-3015
jkendall@provostumphrey.com

**ATTORNEYS FOR PLAINTIFF
MCAFEE, INC.**

## CERTIFICATE OF CONFERENCE

I certify that I conferred via telephone on June 25, 2008, with opposing counsel, Shawn Bates of Yetter & Warden. The Motion is unopposed.

*/s/ Lynda Lee Weaver*
Lynda Lee Weaver

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to the Federal Rules of Civil Procedure a true and correct copy of the above and foregoing was forwarded to all counsel of record on this 25th day of June, 2008.

> Paul Yetter
> YETTER & WARDEN
> Two Houston Center
> 909 Fannin, Suite 3600
> Houston, TX 77010
> Phone: 713.632.8000
> Fax: 713-632-8002
> pyetter@yetterwarden.com

*/s/ Lynda Lee Weaver*
Lynda Lee Weaver
