UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| McAFEE, INC.<br><br>      Plaintiff,<br>v.<br><br>WILMER, CUTLER, PICKERING, HALE<br>AND DORR, L.L.P<br><br>      Defendant. | No. 4:08-cv-160 |

## NOTICE OF APPEARANCE

COMES NOW Kevin A. Koudelka of the law firm Rose· Walker, L.L.P. and hereby files this Notice of Appearance as counsel of record for Plaintiff McAfee, Inc. in this cause. Martin E. Rose will remain lead counsel for Plaintiff McAfee, Inc. and Mr. Koudelka is additional counsel. As such, Mr. Koudelka should receive all communications from the court and asks counsel to copy him on all communications regarding Plaintiff McAfee, Inc.

                                        Respectfully submitted,

                                        _____
                                        Martin E. Rose
                                        State Bar No. 17253100
                                        Attorney in Charge

                                        Lynda Lee Weaver
                                        State Bar No. 21010680
                                        Kevin A. Koudelka
                                        State Bar No. 24025971

                                        **ROSE●WALKER, L.L.P.**
                                        3500 Maple Avenue, Suite 900

Dallas, Texas 75219
Telephone: (214) 752-8600
Fax: (214) 752-8700
mrose@rosewalker.com
lweaver@rosewalker.com
kkoudelka@rosewalker.com

and

Joe Kendall
State Bar No. 11260700
**PROVOST UMPHREY LLP**
3232 McKinney Ave., Ste. 700
Dallas, TX 75204
Telephone: (214) 744-3000
Fax: (214) 744-3015

**ATTORNEYS FOR PLAINTIFF McAFEE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 26th day of June, 2008, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system.

/s/ *Kevin A. Koudelka*
Kevin A. Koudelka