UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

McAFEE, INC.

    Plaintiff,

v.

WILMER, CUTLER, PICKERING, HALE
AND DORR, L.L.P

    Defendant.

No. 4:08-cv-160

## McAFEE, INC.'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE MICHAEL H. SCHNEIDER UNITED STATES DISTRICT JUDGE:

Plaintiff, McAfee, Inc. ("McAfee") hereby certifies that the following persons, associations of persons, firms, partnerships, corporations, subsidiaries, parent corporations, or other entities are financially interest in the outcome of this litigation:

**Plaintiff:**

McAFEE, INC.

**Defendant:**

WILMER CUTLER PICKERING HALE AND DORR, L.L.P.

**Counsel for Plaintiff McAfee, Inc.:**

    Martin E. Rose
    Lynda Lee Weaver
    Kevin A. Koudelka
    ROSE●WALKER, L.L.P.
    3500 Maple Avenue, Suite 900
    Dallas, Texas 75219
    Telephone: (214) 752-8600
    Fax: (214) 752-8700

Joe Kendall
PROVOST UMPHREY LLP
3232 McKinney Ave., Ste. 700
Dallas, TX 75204
Telephone: (214) 744-3000
Fax: (214) 744-3015

**Counsel for Defendant Wilmer Hale:**

Paul Yetter
YETTER & WARDEN
Two Houston Center
909 Fannin, Suite 3600
Houston, TX 77010
Phone: 713.632.8000
Fax: 713-632-8002

Michael R. Heyison
WILMER HALE
60 State Street
Boston, MA 02109 USA
PH: 617-526-6910
Fax: 617-526-5000

Gerson A. Zweifach
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
PH: 202-434-5534
Fax: 202-434-5029

                                          Respectfully submitted,

                                            */s/ Kevin S. Koudelka*
                                          Martin E. Rose
                                          State Bar No. 17253100
                                          Lynda Lee Weaver
                                          State Bar No. 21010680
                                          Kevin A. Koudelka
                                          State Bar No. 24025971
                                          **ROSE●WALKER, L.L.P.**
                                            3500 Maple Avenue, Suite 900
                                            Dallas, Texas 75219
                                            Telephone: (214) 752-8600
                                            Fax: (214) 752-8700

and

Joe Kendall
State Bar No. 11260700
**PROVOST UMPHREY LLP**
3232 McKinney Ave., Ste. 700
Dallas, TX 75204
Telephone: (214) 744-3000
Fax: (214) 744-3015

**ATTORNEYS FOR PLAINTIFF
MCAFEE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served today, June 26, 2008, with a copy of the foregoing via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Paul Yetter
YETTER & WARDEN
Two Houston Center
909 Fannin, Suite 3600
Houston, TX 77010
pyetter@yetterwarden.com

Michael R. Heyison
WILMER HALE
60 State Street
Boston, MA 02109 USA
Michael.heyison@wilmerhale.com

Gerson A. Zweifach
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
gzweifach@wc.com

　　　　　　　　　　　　　　　　*/s/ Kevin A. Koudelka*
　　　　　　　　　　　　　　　　Kevin A. Koudelka