UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

McAFEE, INC.

    Plaintiff,

v.

WILMER, CUTLER, PICKERING, HALE
AND DORR, L.L.P

    Defendant.

**JURY REQUESTED**

**No. 4:08-cv-160 MHS-DDB**

## ORDER ON PLAINTIFF MCAFEE, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' MOTION TO STRIKE SECOND AMENDED COMPLAINT UNDER RULE 15(a)(2)

On this day came on for consideration, Plaintiff's Unopposed Motion for Leave to File Response to Defendant's Motion to Strike Second Amended Complaint under Rule 15(a)(2). This Court, having considered this request finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff is granted leave to file its Response to Defendant's Motion to Strike Second Amended Complaint under Rule 15(a)(2).

**It is SO ORDERED.**

**SIGNED this 26th day of June, 2008.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE