UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |  |
|---|---|---|
| MCAFEE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:08-CV-160 |
| | § | |
| WILMER CUTLER PICKERING | § | |
| HALE AND DORR LLP, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S DISCLOSURE OF INTERESTED PARTIES**

Pursuant to the Court's Order for Conference, this disclosure is filed by defendant Wilmer Cutler Pickering Hale and Dorr LLP, which makes the following disclosure of all persons and entities that are financially interested in the outcome of this litigation:

1. McAfee Inc., Plaintiff;

2. Prabhat Goyal, real party in interest;

3. Wilmer Cutler Pickering Hale and Dorr LLP, Defendant.

| | |
|---|---|
| Dated: June 30, 2008 | Respectfully submitted, |

| | |
|---|---|
| Of Counsel: | /s/ R. Paul Yetter |
| | R. Paul Yetter |
| Shawn M. Bates | State Bar No. 22154700 |
| State Bar No. 24027287 | Yetter, Warden & Coleman, L.L.P. |
| Yetter, Warden & Coleman, L.L.P. | 909 Fannin, Suite 3600 |
| 909 Fannin, Suite 3600 | Houston, Texas 77010 |
| Houston, Texas 77010 | (713) 732-8000 |
| (713) 732-8000 | (713) 632-8002 (Fax) |
| (713) 632-8002 (Fax) | |
| | Attorney-in-Charge for Defendant Wilmer |
| Gerson A. Zweifach | Cutler Pickering Hale and Dorr L.L.P. |
| Williams & Connolly LLP | |
| 725 Twelfth St., N.W. | |
| Washington, D.C. 20005 | |
| 202-434-5534 | |
| 202-434-5029 (Fax) | |

## Certificate of Service

I certify on this 30th day of June, 2008, a true copy of this pleading was filed and served electronically on all counsel of record by e-filing, facsimile, hand delivery, and/or certified mail, return receipt requested.

/s/ Shawn M. Bates
Shawn M. Bates