UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| McAFEE, INC.<br><br>　　　Plaintiff,<br>v.<br><br>WILMER, CUTLER, PICKERING, HALE<br>AND DORR, L.L.P<br><br>　　　Defendant. | No. 408-cv-160 |

## **RULE 7.1 DISCLOSURE OF DEFENDANT MCAFEE, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant McAfee, Inc. ("McAfee") certifies that there is no parent corporation. McAfee is a Delaware corporation whose stock is publicly traded on the New York Stock Exchange. No other publicly held company owns 10% or more of McAfee's stock.

Dated: July 1, 2008

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kevin A. Koudelka*
　　　　　　　　　　　　　　　　　　　　　　　Martin E. Rose
　　　　　　　　　　　　　　　　　　　　　　　State Bar No. 17253100
　　　　　　　　　　　　　　　　　　　　　　　Lynda Lee Weaver
　　　　　　　　　　　　　　　　　　　　　　　State Bar No. 21010680
　　　　　　　　　　　　　　　　　　　　　　　Kevin A. Koudelka
　　　　　　　　　　　　　　　　　　　　　　　State Bar No. 24025971

　　　　　　　　　　　　　　　　　　　　　　　**ROSE●WALKER, L.L.P.**
　　　　　　　　　　　　　　　　　　　　　　　3500 Maple Avenue, Suite 900
　　　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75219
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (214) 752-8600
　　　　　　　　　　　　　　　　　　　　　　　Fax: (214) 752-8700

and

Joe Kendall
State Bar No. 11260700
**PROVOST UMPHREY LLP**
3232 McKinney Ave., Ste. 700
Dallas, TX 75204
Telephone: (214) 744-3000
Fax: (214) 744-3015

**ATTORNEYS FOR PLAINTIFF
MCAFEE, INC.**

## CERTIFICATE OF SERVICE

     I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served today, July 1, 2008, with a copy of the foregoing via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                     */s/ Kevin A. Koudelka*
                                     Kevin A. Koudelka