**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| MCAFEE, INC. | § | |
| | § | |
| v. | § | Case No. 4:08-cv-160 |
| | § | |
| WILMER, CUTLER, PICKERING, HALE | § | |
| AND DORR, L.L.P. | § | |

### ORDER ON MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE

Pending before the Court is Plaintiff's Amended Motion for Leave to File Supplemental Response to Defendant's Motion to Dismiss (Doc. No. 14). Having considered the briefing on file and the relevant case law, the Court finds the motion to be meritorious. Accordingly, Plaintiff shall have until July 7, 2008 to file a supplemental response to Defendant's motion to dismiss.

**It is SO ORDERED.**

**SIGNED this 1st day of July, 2008.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE