# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| MCAFEE, INC. | § | |
| | § | |
| v. | § | Case No. 4:08-cv-160 |
| | § | |
| WILMER, CUTLER, PICKERING, HALE | § | |
| AND DORR, L.L.P. | § | |

## ORDER ON MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

Pending before the Court is Plaintiff's Motion to File Third Amended Complaint (Doc. No.

19).  Having considered the motion and the filings in this case, the Court finds the motion to be

meritorious, and thus, the Court GRANTS the motion.

**It is SO ORDERED.**

 **SIGNED this 1st day of July, 2008.**

_____

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE