**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| MCAFEE, INC. | § |
| | § |
| v. | § Case No. 4:08-cv-160 |
| | § |
| WILMER, CUTLER, PICKERING, HALE | § |
| AND DORR, L.L.P. | § |

## ORDER ON MOTION TO STRIKE

Pending before the Court is Defendant's Motion to Strike Second Amended Complaint under Rule 15(a)(2) (Doc. No. 8). In light of this Court's order granting Plaintiff leave to file its third amended complaint (Doc. No. 27), Defendant's motion is DENIED as MOOT.

**It is SO ORDERED.**

**SIGNED this 2nd day of July, 2008.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE