UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

McAFEE, INC.

    Plaintiff,

v.

WILMER, CUTLER, PICKERING, HALE
AND DORR, L.L.P

    Defendant.

No. 408-cv-160

## AMENDED RULE 7.1 DISCLOSURE OF PLAINTIFF McAFEE, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff McAfee, Inc. ("McAfee") certifies that there is no parent corporation. McAfee is a Delaware corporation whose stock is publicly traded on the New York Stock Exchange. No other publicly held company owns 10% or more of McAfee's stock.

Dated: July 2, 2008

Respectfully submitted,

    */s/ Kevin A. Koudelka*
Martin E. Rose
State Bar No. 17253100
Lynda Lee Weaver
State Bar No. 21010680
Kevin A. Koudelka
State Bar No. 24025971

**ROSE●WALKER, L.L.P.**
3500 Maple Avenue, Suite 900
Dallas, Texas 75219
Telephone: (214) 752-8600
Fax: (214) 752-8700

and

Joe Kendall
State Bar No. 11260700
**PROVOST UMPHREY LLP**
3232 McKinney Ave., Ste. 700
Dallas, TX 75204
Telephone: (214) 744-3000
Fax: (214) 744-3015

**ATTORNEYS FOR PLAINTIFF
McAFEE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served today, July 2, 2008, with a copy of the foregoing via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Kevin A. Koudelka*
Kevin A. Koudelka