UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| McAFEE, INC.<br><br>    Plaintiff,<br>v.<br><br>WILMER, CUTLER, PICKERING, HALE<br>AND DORR, L.L.P<br><br>    Defendant. | No. 4:08-cv-160 |

## NOTICE OF APPEARANCE

COMES NOW Lynda Lee Weaver of the law firm **ROSE•WALKER, L.L.P.** and hereby files this Notice of Appearance as counsel of record for Plaintiff McAfee, Inc. in this cause. Martin E. Rose will remain lead counsel for Plaintiff McAfee, Inc. and Ms. Weaver is additional counsel. As such, Ms. Weaver should receive all communications from the court and asks counsel to copy her on all communications regarding Plaintiff McAfee, Inc.

Respectfully submitted,

*/s/ Lynda Weaver*

Martin E. Rose
State Bar No. 17253100
Attorney in Charge
Lynda Lee Weaver
State Bar No. 21010680
Kevin A. Koudelka
State Bar No. 24025971

**ROSE•WALKER, L.L.P.**
3500 Maple Avenue, Suite 900
Dallas, Texas 75219
Telephone: (214) 752-8600

Fax: (214) 752-8700
mrose@rosewalker.com
llweaver@rosewalker.com
kkoudelka@rosewalker.com

and

Joe Kendall
State Bar No. 11260700
**PROVOST UMPHREY LLP**
3232 McKinney Ave., Ste. 700
Dallas, TX 75204
Telephone: (214) 744-3000
Fax: (214) 744-3015

**ATTORNEYS FOR PLAINTIFF McAFEE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 7th day of July, 2008, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system.

/s/ *Lynda Lee Weaver*
Lynda Lee Weaver