IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MCAFEE, INC. | § |
| | § |
| v. | § Case No. 4:08-cv-160 |
| | § |
| WILMER, CUTLER, PICKERING, HALE | § |
| AND DORR, L.L.P. | § |

## ORDER FOR EXPEDITED RESPONSE

Pending before the Court is Defendant's Motion to Dismiss (Doc. No. 37). Because Defendant raised nearly identical arguments in it's first motion to dismiss (Doc. No. 7) and it's second (Doc. No. 37) and because Plaintiff received almost a month to respond to the first motion, the Court orders Plaintiff McAfee, Inc. to respond to the second motion to dismiss no later than July 22, 2008 at 5:00 p.m.

**It is SO ORDERED.**

**SIGNED this 17th day of July, 2008.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE