UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MCAFEE, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:08-CV-160 |
| WILMER CUTLER PICKERING HALE AND DORR LLP, | § § § § | |
| Defendant. | § § | |

### **NOTICE OF FILING PROPOSED ORDER**

Pursuant to the oral ruling issued by the Court on July 24, 2008, defendant WilmerHale hereby files its Proposed Memorandum Opinion and Order on WilmerHale's Corrected Motion to Dismiss Third Amended Complaint.

Dated: July 29, 2008

Of Counsel:

Shawn M. Bates
State Bar No. 24027287
Yetter, Warden & Coleman, L.L.P.
909 Fannin, Suite 3600
Houston, Texas 77010
(713) 732-8000
(713) 632-8002 (Fax)

Gerson A. Zweifach
Williams & Connolly LLP
725 Twelfth St., N.W.
Washington, D.C. 20005
202-434-5534
202-434-5029 (Fax)

Respectfully submitted,

/s/ R. Paul Yetter
R. Paul Yetter
State Bar No. 22154700
Yetter, Warden & Coleman, L.L.P.
909 Fannin, Suite 3600
Houston, Texas 77010
(713) 732-8000
(713) 632-8002 (Fax)

Attorney-in-Charge for Defendant Wilmer Cutler Pickering Hale and Dorr LLP

## Certificate of Service

I certify on this 29th day of July, 2008, a true copy of this document was filed and served electronically on all counsel of record by e-filing.

/s/ Shawn M. Bates
Shawn M. Bates