UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| McAFEE, INC.<br><br>  Plaintiff,<br>v.<br><br>WILMER, CUTLER, PICKERING, HALE<br>AND DORR, L.L.P<br><br>  Defendant. | No. 4:08-cv-160 |

## NOTICE OF FILING PROPOSED MEMORANDUM OPINION AND ORDER

Pursuant to the Court's request, Plaintiff McAfee, Inc. hereby files its proposed Memorandum Opinion and Order on Defendant's Corrected Motion to Dismiss Plaintiff's Third Amended Complaint, attached hereto.

                 Respectfully submitted,

                 _/s/Martin E. Rose_____
                 Martin E. Rose
                 State Bar No. 17253100
                 Attorney in Charge

                 Lynda Lee Weaver
                 State Bar No. 21010680
                 Kevin A. Koudelka
                 State Bar No. 24025971

                 **ROSE●WALKER, L.L.P.**
                 3500 Maple Avenue, Suite 900
                 Dallas, Texas 75219
                 Telephone: (214) 752-8600
                 Fax: (214) 752-8700
                 mrose@rosewalker.com
                 lweaver@rosewalker.com
                 kkoudelka@rosewalker.com

and

Joe Kendall
State Bar No. 11260700
**PROVOST UMPHREY LLP**
3232 McKinney Ave., Ste. 700
Dallas, TX 75204
Telephone: (214) 744-3000
Fax: (214) 744-3015

**ATTORNEYS FOR PLAINTIFF McAFEE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 31st day of July, 2008, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system.

/s/ *Martin E. Rose*
Martin E. Rose